961 A.2d 51

**Michael TWIGGS, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Lynne Abraham, District Attorney of Philadelphia County, Respondent.**

**No. 77 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 25, 2008.

*ORDER*

PER CURIAM.

**AND NOW**, this 25th day of September, 2008, the Application for Extraordinary Relief is **DENIED.**